■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHABAY BONNETT, Appellant. [999 NYS2d 747]—

Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered April 18, 2013, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Brown*, 122 AD3d 133, 139, 141 [2014]; *People v Morrison*, 113 AD3d 877 [2014]). Rivera, J.P., Hall, Roman, Cohen and Barros, JJ., concur.